No. 75–1577. Broderick v. Catholic University of America; and

No. 75–1647. Granfield v. Catholic University of America. C. A. D. C. Cir. Certiorari denied. ■

No. 75–1585. McGuire v. United States. C. A. 6th Cir. Certiorari denied. ■

No. 75–1587. Snow v. United States. C. A. 9th Cir. Certiorari denied. ■

No. 75–1588. Wathen v. United States. Ct. Cl. Certiorari denied. ■

No. 75–1590. Miranda v. United States. C. A. 2d Cir. Certiorari denied. ■

No. 75–1591. Young v. Texas. Ct. Crim. App. Tex. Certiorari denied. ■

No. 75–1593. Perkal v. United States. C. A. 4th Cir. Certiorari denied. ■

No. 75–1594. Kennebec Log Driving Co. et al. v. United States. C. A. 1st Cir. Certiorari denied. ■

No. 75–1596. Grundy et al. v. Manchester Insurance & Indemnity Co. Sup. Ct. Ky. Certiorari denied. ■

No. 75–1598. Global Marine Development of California, Inc. v. National Labor Relations Board et al. C. A. 9th Cir. Certiorari denied. ■

No. 75–1599. Zager et al. v. Usery, Secretary of Labor. C. A. 6th Cir. Certiorari denied. ■